UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| | ) | |
| V | ) | 11-4029-01-CR-C-NKL |
| | ) | |
| | ) | |
| JONATHAN THOMAS CARNILL | ) | |

ORDER SEALING INDICTMENT

    This indictment shall be kept secret until a defendant is in custody or has been given bail, and upon completion of the issuance of the warrant of arrest, the clerk shall seal the indictment and it shall remain sealed pending further order of the court.

    _/s Matt J. Whitworth
Matt J. Whitworth
U.S. Magistrate Judge